IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:03CR000223-002BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER TO COMPEL DISCOVERY |
| ) | |
| GABRIEL LAD JOHNSON, ) | |
| ) | |
| Defendant. ) | |

UPON MOTION by the United States for an Order requiring the defendant to appear, produce documents, and give testimony after he failed to comply with the Subpoena and Notice of Deposition served on him by Deputy U.S. Marshal on July 28, 2011, requiring him appearance at an oral deposition on September 27, 2011 and production of requested documents.

IT IS ORDERED that the defendant appear at the United States Attorneys Office at 310 New Bern Avenue, Suite 800, Raleigh, North Carolina on the 17th day of February , 2012 at 9:00 a.m. Upon his appearance he shall produce the requested documents and give testimony. Failure to comply with this Order could result in defendant being ordered to show cause why he should not be held in civil contempt.

IT IS FURTHER ORDERED that the United States Marshal for the Eastern District of North Carolina shall serve or cause to be served a copy of this Order upon the said defendant and report his service thereof to the Court.

SO ORDERED, this 29 day of January, 2012.

　　　　　　　　　　　Terrence W. Boyle
　　　　　　　　　　　United States District Judge